IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CECILIA K. OWENS, | ) | CHAPTER 13 |
| | ) | CASE NO. 09-30232 |
| DEBTOR. | ) | |

## MOTION TO LIFT STAY

TO THE HONORABLE DWIGHT H. WILLIAMS, JR., UNITED STATES BANKRUPTCY JUDGE;

Your Petitioner, FIRST LOWNDES BANK, would state as follows:

1. That this Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §1334 and 11 U.S.C. §362

2. The Debtor in this case filed a petition under Chapter 13 of the <u>Bankruptcy Code</u> on to-wit: January 30, 2009. Debtor has continued in possession of certain personal property since that time, which is made the basis of this motion specifically, the debt secured by inventory and equipment of Georgia Medical Supply, Inc, and the debt secured by a first mortgage on a commercial building located at 108 Church Street, Georgiana, Alabama.

3. Your Petitioner is the holder of a note on the collateral of which the original amount of the note was $5,320.00. Said note is secured by a lien in inventory and equipment of Georgia Medical Supply, Inc. Under this plan, the Debtor proposed to pay all payments on the note direct. Under the terms of the contract, monthly payments fell due on the 20th day of the month. Debtor has not made her required payments and is now past due for the December 20, 2009 through February 20, 2010, payments in the amount of $376.04, excluding fees and court cost. A copy of the Petitioner's Note and Security Agreement and UCC-1 are attached hereto as Exhibit "A".

4. Additionally, Debtor executed a second note with Your Petitioner on December 20, 2007, of which the original amount of the note was $13.800.00. Said note is secured by a first mortgage on a commercial building located at 108 Church Street, Georgiana, Alabama. Under this plan, the Debtor proposed to pay all payments on the note direct. Under the terms of the contract, monthly payments fell due on the 20th day of the month. Debtor has not made her required payments

and is now past due for the December 20, 2009 through February 20, 2010, payments in the amount of $425.01, excluding fees and court cost. A copy of the Petitioner's Note and Security Agreement and Mortgage are attached hereto as Exhibit "B".

5. Additionally, Petitioner does not have nor has it been offered adequate protection for its interest in any of the collateral referred to hereinabove in that the Debtor has failed and refused to provide full coverage insurance on said collateral in question. Repeated demands have been made upon Debtor to produce proof of full coverage insurance that debtor has purchased, but no documentation or proof has been submitted to your Petitioner or Debtor's attorney. The Debtor has possession of and is using the property that is, very valuable and to fail to have insurance on the property is an absolute violation of "adequate protection", as required by the Bankruptcy Code for secured creditors.

6. That to the best information and belief of your Petitioner, the Debtor has no equity in this collateral.

7. That if the Petitioner is not permitted to foreclose its security interest and take possession of said property, it will suffer irreparable harm, injury, loss and damage.

WHEREFORE, THE PREMISES CONSIDERED, Petitioner prays that upon a final hearing of this motion, that the stay pursuant to 11 U.S.C. §362 be modified to permit it to foreclose its security interest in the property referred to hereinabove and that it have such other and further relief as is just and proper under the circumstances.

Respectfully submitted,<br>
PARNELL & CRUM, P.A.

BY:    /s/ Charles N. Parnell, III
       CHARLES N. PARNELL, III
       Attorneys for Petitioner

OF COUNSEL:
PARNELL & CRUM, P.A.
P.O. Box 2189
Montgomery, AL 36102
334/832-4200

## CERTIFICATE OF SERVICE

      I hereby certify that I have electronically mailed or placed in the U.S. mail, postage prepaid, an exact copy of the foregoing Motion to the following on this, the 10th day of  March , 2010.

Hon. Curtis C. Reding  
Trustee  
P.O. Box 173  
Montgomery, AL  36101

Hon. Teresa Jacobs  
Bankruptcy Court Administrator  
One Church Street  
Montgomery, AL  36104

Hon. Richard Shinbaum  
Attorney for Debtor  
P.O. Box 201  
Montgomery, AL  36101

Cecilia K Owens  
Debtor  
477 Harton Road  
Georgiana, AL 36033

  /s/ Charles N. Parnell, III  
CHARLES N. PARNELL, III